IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVAN GORSKI,<br><br>                Plaintiff,<br><br>  v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>                Defendants. | CIVIL ACTION<br>NO. 22-563 |

## ORDER

**AND NOW**, this 9th day of November 2022, it is **ORDERED** as follows:

1. The action is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

2. The Clerk of Court shall close the above-captioned case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J